# Wisconsin Court of Appeals

## 2017 WI App 7

(Also reported in 895 N.W.2d 103.)

| | | | |
|---|---|---|---|
| JPMorgan Chase Bank v. Miescke | 2014AP001776 | 12–01–2016 | Affirmed |
| State ex rel. Martinez v. Hayes† | 2014AP002095 | 12–21–2016 | Affirmed |
| State v. Cooper† | 2014AP002970 CR | 12–08–2016 | Affirmed |
| Howell v. Polk County Sheriff's Dep't. | 2015AP000616 | 12–06–2016 | Affirmed |
| State v. Dorsey | 2015AP000648 CR | 12–06–2016 | Affirmed |
| CVS Pharmacy, Inc. v. City of Appleton | 2015AP000876 | 12–28–2016 | Affirmed |
| State v. Shannon† | 2015AP000922 | 12–07–2016 | Affirmed |
| State v. Stevenson | 2015AP001132 CR, 2015AP001133 CR | 12–13–2016 | Affirmed |
| State v. Shepard | 2015AP001277 CR | 12–13–2016 | Affirmed |

† Petition to review filed.